# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-848**

**Effective Date of Registration:**
October 28, 2024
**Registration Decision Date:**
November 05, 2024

---

## Title

**Title of Work:** Mossback Plant Keeper

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 03, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Neal Deschain
**Author Created:** sculpture
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Neal Deschain
307 Bluebird Court, Fort Collins, CO, 80526, United States

## Certification

**Name:** Daniel Lachman
**Date:** October 28, 2024

---

**Copyright Office notes:** Basis for Registration: Pictorial, graphic, and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-661

**Effective Date of Registration:**
October 28, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

**Title of Work:** mossback planter box

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** February 26, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Neal Deschain
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Neal Deschain
307 Bluebird Court, Fort Collins, CO, 80526, United States

## Certification

**Name:** Daniel Lachman
**Date:** October 28, 2024

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teagle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-073

**Effective Date of Registration:**
April 24, 2018

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Fern Fox Mini Planter

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 26, 2018
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Emily Coleman
  **Author Created:** Sculpture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Emily Coleman
1432 Willow Branch Drive, Orlando, FL, 32828

## Rights and Permissions

**Name:** Emily Coleman
**Email:** hyacinthlove@gmail.com
**Telephone:** (407)489-9485
**Address:** PO Box 781072
Orlando, FL 32878 United States

## Certification